```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JAMES JONES, | Civ. Action No. 10-3226 (NLH) |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

**APPEARANCES**

Philip Wolf, Esq.
Wolf and Brown L.L.C.
228 Kings Highway East
Haddonfield, NJ 08033
*Attorney for Plaintiff*

Andreea Lechleitner
Special Assistant U.S. Attorney
Social Security Administration
Office of the Federal Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
*Attorney for Defendant*

**HILLMAN**, **District Judge**

For the reasons expressed in the Court's Opinion entered today,

**IT IS HEREBY ORDERED** this 26th day of September, 2011, that the decision of the Commissioner of Social Security will be reversed and the matter shall be remanded.

                                                               Noel L. Hillman

At Camden, New Jersey                     NOEL L. HILLMAN, U.S.D.J.